**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC, a Texas limited liability company, and LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company,<br><br>   Plaintiffs,<br><br>  v.<br><br>HOOTSUITE MEDIA INC., a Canadian corporation,<br><br>   Defendant. | CIVIL ACTION NO. 4:18-CV-48-ALM<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE**

  Personal Web Technologies, LLC, a Texas limited liability company, Plaintiff in the above-entitled civil action, hereby notifies the Court and all parties that the following person is appearing as attorney of record:

  Catherine Bartles
  Texas State Bar No. 24104849
  THE STAFFORD DAVIS FIRM, P.C.
  The People's Petroleum Building
  102 North College Avenue, 13th Floor
  Tyler, Texas 75702
  Phone: (903) 593-7000
  Facsimile: (903) 705-7369
  Email: cbartles@stafforddavisfirm.com

Dated: January 26, 2018                    Respectfully submitted,

                                                */s/ Catherine Bartles*
Catherine Bartles
State Bar No. 24104849
Stafford Davis
State Bar No. 24054605
THE STAFFORD DAVIS FIRM, PC
The People's Petroleum Building
102 North College Avenue, 13th Floor
Tyler, Texas 75702
(903) 593-7000
sdavis@stafforddavisfirm.com

IP LAW GROUP, LLP
Michael A. Sherman (application for admission to be submitted)
Jeffrey F. Gersh (application for admission to be submitted)
Wesley W. Monroe (application for admission to be submitted)
15030 Ventura Blvd., #166
Sherman Oaks, CA 91403
Telephone: (818) 444-9270
michaelsherman@iplawllp.com
jeffgersh@iplawllp.com
wesleymonroe@iplawllp.com

Sandeep Seth
Texas State Bar No. 18043000
SETHLAW
Two Allen Center
1200 Smith Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 244-5017
ss@sethlaw.com

David D. Wier, IV
Vice President and
Assistant General Counsel
Level 3 Communications, LLC
1025 Eldorado Boulevard
Broomfield, CO 80021
Telephone: (720) 888-3539
david.wier@level3.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2018, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

*/s/ Catherine Bartles*
Catherine Bartles