# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC, a Texas limited liability company, and LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>HOOTSUITE MEDIA INC., a Canadian corporation,<br><br>Defendant. | CIVIL ACTION NO. 4:18-CV-48-ALM<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs PersonalWeb Technologies, LLC and Level 3 Communications, LLC (collectively "Plaintiffs") voluntarily dismiss Defendant Hootsuite Media Inc. from the above-entitled litigation without prejudice. This lawsuit was filed by Plaintiffs on January 17, 2018. Defendant has served neither a valid answer nor a motion for summary judgment in this matter.

March 12, 2018

Respectfully submitted,

The Stafford Davis Firm, P.C.
/S/ *Stafford Davis*
Stafford Davis
The Stafford Davis Firm, P.C.
The People's Petroleum Building
102 North College Avenue, 13th Fl.
Tyler, TX 75702

IP LAW GROUP, LLP
Michael A. Sherman (application for admission to be submitted)

Jeffrey F. Gersh (application for admission to be submitted)
Sandeep Seth (application for admission to be submitted)
15030 Ventura Blvd., #166
Sherman Oaks, CA 91403
Telephone: (818) 444-9270
michaelsherman@iplawllp.com
jeffgersh@iplawllp.com
sseth@iplawllp.com

MACEIKO IP
Theodore S. Maceiko (application to be submitted)
420 2nd Street
Manhattan Beach, CA 90266
ted@maceikoip.com

Attorneys for Plaintiff
PersonalWeb Technologies, LLP


David D. Wier, IV (application for admission to be submitted)
Vice President and
Assistant General Counsel
Level 3 Communications, LLC
1025 Eldorado Boulevard
Broomfield, CO 80021
Telephone: (720) 888-3539
david.wier@level3.com

Attorney for Plaintiff
Level 3 Communication, LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 12th day of March 2018. Any other counsel of record will be served by first class U.S. mail on this same date or through other reasonable electronic means.

                                              */s/ Stafford Davis*
                                              Stafford Davis